Cause# 14-14-00099-CR

The State of Texas                    Court Of Criminal

VS.                                   Appeals

Lajohn F. Wilson

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

Sentence Term: 50 yrs.

For: "MTRP"

FILED IN
COURT OF CRIMINAL APPEALS
AUG 27 2015
Abel Acosta, Clerk

## "Out of Time PDR motion"

Now comes, Lajohn Wilson on the date of 8-24-2015
to ask the said court listed above to take into
consideration his "PDR". The appellant is filing this
"Out of Time PDR", based on information that wasn't
presented in the appeal process due to there was no offical
disposition on the following charge listed in the "MTRP",
    - The case of Moore v. State, 11 S.W. 3d 495 (Tex. App.-
Hous. (14th Dist.) 2000), states that the allegation's contained
in the State's "motion to revoke" serve to "limit the trial's
court's authority, because the trial court is required to
revoke "only on the ground's which are alleged in the motion."
    - So in the case at bar, the State alleged a "single-
violation" of the appellant's community supervision order,
to-wit: (t)he said Lajohn F. Wilson committed the
offense of burglary of (habitation), in that on or about the
20th day of August, 2013, in the County of Jefferson, State
of Texas, which was the (1") and only condition of the
Defendant's Deferred Adjudication order:
        Later, the appellant listed above was taken to
an "revocation hearing" were his probation was violated

and was sentenced to a 50yr. term in TDCJ. Then the same court placed the charge the defendant was violated for, on the trial docket and soon later upon the appellant returning back to the county on a bench warrant for the charge, which was the appellant only violation the court that violated him for the charge dismissed the whole charge with no time given. The case was thrown out but the appellant was still sent back to "TDCJ".

## Prayer

Therefore the Appellant prays that consideration be taken and the listed facts above be looked into on this matter at bar, because if the one and only violation was dismissed "after" the "revocation hearing" the Appellant should be honored another hearing on his behalf in the court's since there are no longer any violations at bar.

Thank you for your time and ~~consern~~ concern.

Respectfully Submitted

x _[signature]_